164 A.3d 409

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DONNELL JONES, DEFENDANT–PETITIONER.

March 23, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004735–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may serve and file a supplemental brief on or before May 22, 2017, and respondent may serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before July 6, 2017.

164 A.3d 409

A.M.H. AND G.L., PLAINTIFFS, v. NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, DEFENDANT–RE-SPONDENT. (RYAN K. LARSON, ADMINISTRATOR OF THE ESTATE OF G.L.—PETITIONER)

March 23, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000942–14 having been submitted to this Court, and the Court having considered the same;

618

It is ORDERED that the petition for certification is denied, with costs.

164 A.3d 410

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. KHALID KHAN (A/K/A KHALID I. KHAN), DEFENDANT–PETITIONER.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003856-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 410

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. KHAALID FATE (A/K/A KASEEM FATE, KHAHD FATE, KHALIO FATE), DEFENDANT-PETITIONER.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001515–14 having been submitted to this Court, and the Court having considered the same;